UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MANOLATOS,

              Plaintiff,             Case No.

vs.

UNITED STATES OF AMERICA
and PAUL SAMUEL LIETO,

              Defendant.

_____/

FEMMINEO ATTORNEYS, PLLC
DAVID C. FEMMINEO (P56471)
Attorney for Plaintiff
110 South Main Street
Mount Clemens, MI 48043
(586) 954-9500      (586) 954-9900 facsimile
David@getdavidgetpaid.com
Dawn@getdavidgetpaid.com - assistant

_____/

<u>**COMPLAINT AND JURY DEMAND**</u>

<u>JURISDICTION</u>

1.    This Court has jurisdiction over the claim asserted against the

defendant, United States of America, pursuant to the Federal Tort

Claims Act, 28 USC § 2674 and subject matter jurisdiction pursuant

to 28 USC § 1346(b).

2.    This Court has supplemental jurisdiction over all other claims

asserted against defendant United States of America that they form

part of the same case or controversy under Article II of the United

States Constitution

3.      The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs and fees.

PARTIES

4.      Plaintiff re-alleges and reasserts paragraphs 1 through 3 as though fully set forth herein.

5.      Plaintiff, Patricia Manolatos, ("Plaintiff Manolatos") is a citizen of the United States whose residence is in the Township of Chesterfield, Macomb County, Michigan.

6.      Defendant, Paul Samuel Lieto, ("Defendant Lieto") is, upon information and belief, a citizen of the United States who, on August 23, 2020 was acting within the scope and course of his employment with the US Marshall Service, an agency of the United States of America when he crashed into the vehicle that Plaintiff, Patricia Manolatos, was a passenger in.

7.      Defendant, United States of America, was the employer of Defendant Lieto, at all pertinent times.

8.      Defendant, United States of America, was the owner, at all pertinent times, of the vehicle driven by Defendant Lieto, which crashed into the vehicle that Plaintiff, Patricia Manolatos, was a passenger in on August 23, 2020.

**Femminineo** Law

110 S. Main Street
Mt. Clemens, MI 48043
586-954-9500

Page 2 of  8

<u>GENERAL ALLEGATIONS</u>

9.   Plaintiff re-alleges and reasserts paragraphs 1 through 3 as though fully set forth herein.

10.  On August 23, 2020, Plaintiff was a passenger in a vehicle that was traveling on southbound US127 at or near the intersection of US127 and Mansiding Road in the Township of Hatton, in a safe manner, as would that of the ordinary person using care and caution in the same or similar situation.

11.  On August 23, 2020, Defendant Lieto was traveling southbound on US127 at or near the intersection of US127 and Mansiding Road, in a 2018 Silver Kia Sorento with Vehicle Identification Number of 5XYPGDA58JG407944 and vehicle registration DRQ5309.

12.  Both the vehicle that Plaintiff Manolatos was in and Defendant Lieto's vehicle were  driving southbound on US127.

13.  Plaintiff Manolatos was in a vehicle that was in front of Defendant Lieto's vehicle.

14.  That Defendant Lieto failed to notice traffic stopping and/or slowing and did violently rear end the vehicle that Plaintiff Manolatos was a passenger in.

15.  That Plaintiff at no time was comparatively negligent when the vehicle she was in was violently struck.

**Femminineo** Law

110 S. Main Street
Mt. Clemens, MI 48043
586-954-9500

16. At all pertinent time, Defendant Lieto was in the service and employment of the US Marshall Service of the Defendant United States of America and was acting within the scope and course of his employment with that agency.

17. On July 2, 2021, Plaintiff Manolatos, sent a claim for damages to the US Marshall Service, giving notice of the collision, requesting review of her claim and seeking $90,000.00 in damages. (Attachment A)

18. Plaintiff Manolatos received a response dated July 8, 2021 requesting further information which was provided.

19. Plaintiff then sent follow-up correspondence regarding the claim but did not receive a response from the agency, despite phone calls and emails checking the status of the claim. (Attachment B)

20. Plaintiff Manolatos' claim was denied as a matter of law because the US Marshall Service failed to finally dispose of the claim within six months of the date of Plaintiff's initial claim submission.

<u>COUNT I</u>
<u>NEGLIGENCE, GROSS NEGLIGENCE</u>

21.  Plaintiff re-alleges and reasserts paragraphs 1 through 3 as though fully set forth herein

22. At all pertinent times, pursuant to Michigan law, Defendant Lieto, owed a duty to act with ordinary care for the safety of Plaintiff Manolatos, including, but not limited to obeying all laws, statutes and city ordinances while driving the subject vehicle on public roads.

Femminineo
Law

110 S. Main Street
Mt. Clemens, MI 48043
586-954-9500

23.     At all pertinent times, Defendant Leito had a duty to act as a
reasonably careful person would act under the same or similar
circumstances as existed at the time of the subject collision.

24.     At all pertinent times, Defendant Leito breached the duties he owed
to Plaintiff Manolatos in the following ways including, but not
limited to:

    a.     Failure to yield the right of way to Plaintiff traveling
on a n arterial roadway in violation of MCL 257.652;

    b.     Failure to yield to oncoming traffic in violation of MCL
257.649;

    c.     Failure to drive with due care and caution so as to
avoid endangering vehicles and individuals, Plaintiff
Manolatos in particular in violation of MCL
257.626(b).

    d.     Failure to keep Defendant's vehicle under control so a
to avoid a collision in violation of MCL 257.626(b);

    e.     Failure to keep a proper lookout for other vehicles;

    f.     Failure to keep a sharp and careful lookout and pay
attention to the existing road and traffic conditions in
violation of MCL 257.648;

Femminineo Law

110 S. Main Street
Mt. Clemens, MI 48043
586-954-9500

g.     Driving a motor vehicle in a negligent, careless and reckless manner in willful disregard for the safety of others, particularly Plaintiff Manolatos, upon the highway in violation of MCL 257.625;

h.     Failure to operate a motor vehicle in such manner as to prevent Defendant from stopping his vehicle within an assured, clear distance of Plaintiff's vehicle;

i.     Failure to obey a traffic control device in violation of MCL 257.622;

j.     Failure to take evasive action so as to avoid the collision;

k.     Failure to obey all applicable statues and/or city ordinances;

l.     All other breaches of duty identified by Defendant Lieto in deposition testimony and/or answers to interrogatories and/or all other discovery, all of which is hereby adopted by reference; and

m.     Any and all other breaches that become known through litigation.

Femminineo  Law

110 S. Main Street
Mt. Clemens, MI 48043
586-954-9500

Page 6 of  8

25.    As a direct and proximate result of the negligence and/or gross negligence and/or willful and wanton misconduct of Defendant Lieto, Plaintiff Manolatos suffered the following injuries and damages for which compensation is sought:

    a.    Coccyx Fracture

    b.    Whiplash

    c.    Back Pain

    d.    Outpatient/Physical Therapy

    e.    Multiple X-rays and MRI's

    f.    Bone Scan

    g.    Physical Pain and Suffering

    h.    Mental Anguish

    i.    Depression;

    j.    Fright & Shock

    k.    Denial of Social Pleasures and Enjoyment

    l.    Humiliation and/or Mortification

    m.    Various musculoskeletal injuries, bruising and scarring;

    n.    Serious impairment of body function pursuant to MCL 500.3135;

    o.    Excess Economic Loss;

    p.    Past, Present and Future Medical Costs; and



**Femminineo** Law

110 S. Main Street
Mt. Clemens, MI 48043
586-954-9500

q.      Any and all other Damages allowed under Michigan

Law.

WHEREFORE, Plaintiff respectfully requests judgment in favor of Plaintiff

against Defendants in an amount of excess of $90,000.00, exclusive of costs, fees and

interest.

Respectfully Submitted,

/s/  *David C. Femminineo*

David C. Femminineo (P56471)
110 South Main Street
Mount Clemens, MI 48043
(586) 954-5900

Femminineo Law

110 S. Main Street
Mt. Clemens, MI 48043
586-954-9500

Dated:  March 23, 2022

Page 8 of  8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INDEX OF EXHIBITS

<u>Exhibit</u>                          <u>Description</u>

A                                  Notice to US Marshals Service
B                                  Further information provided and follow up emails



110 S. Main Street
Mt. Clemens, MI 48043
586-954-9500



110 S. Main Street
Mt. Clemens, MI 48043
586-954-9500

# EXHIBIT A



June 24, 2021

David C. Femminineo
Chase Robl
Ryan T. DeMeulenaere
Jennifer L. Lindquist
Joshua G. Heller

Jacob M. Femminineo, Sr.
1942-1996

U.S. Marshals Service
Office of the General Counsel
Attn: OGC Torts Tesm (USMSTORTClaims@usdoj.gov)
Building CG-3, 15th Floor
Washington, D.C.   20530-0001

RE:   Patricia Manolatos
       Date of Loss: 8/23/2020

To Whom It May Concern,

       Please find enclosed Ms. Manolatos' claim for Damage, Injury or Death
regarding an auto accident of August 23, 2020 involving one of your employees in the
State of Michigan.

       Should you have any questions or concerns, please do not hesitate to contact
me.

       Very Truly Yours,

       FEMMININEO ATTORNEYS, PLLC

       *David C. Femminineo*

DCF/dmj

110 S. Main Street
Mount Clemens, MI 48043
586-954-9500
GetDavidGetPaid.com

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| U.S. Marshals Service<br>Office of the General Counsel      *Fax: 703-740-3980*<br>Attn: OGC Torts Team (USMSTORTClaims@usdoj.gov)<br>Building CG-3, 15th Floor   Washington, D.C. | Patricia Manolatos<br>Care of: David C. Femminineo, Attorney at Law<br>110 South Main Street<br>Mount Clemens, MI 48043 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>08/23/2020     Thursday | 7. TIME (A.M. OR P.M.)<br>12:49 p.m. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Patricia Manolatos was a passenger in a vehicle that was rear ended by US Marshall Paul Samuel Lieto on US 127 in Clare, MI. (See Police Report Attached) US Marshall Lieto was clearly at fault for causing the accident and the investigation performed by the Clare County Sheriff Department reflects same (See Police Report Attached) Patricia Manolatos was injured as a result of this accident.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Adrienne Ruth Kowalski, 57184 Tanglewood Street, New Haven, MI  48048

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

See photographs of the damage to the car in which Patricia Manolatos was a passenger in.  (Attached)

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM.  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Patricia Manolatos was transported via EMS to the hospital where she had a suspected coccyx fracture. Claimant has followed up with Dr. Cavataiao (PCP) and PM&R Specialist, Dr. David Davis. Claimant has endured 3 MRI's, a bone scan and multiple x-rays. Claimant has also dutifully attended 6 months of physical therapy. (All records attached) Claimant is also being referred to Dr. Gregory Kulsza for coccyx bone injection therapy  (586-263-7150)     (Continued on attached page)

| 11. | WITNESSES | |
|---|---|---|
| | NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | See Police Report Attached | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM  (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 0.00 | 90,000.00 | 0.00 | 90,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*David C. Femmineo*<br>Attorney for Patricia Manolatos | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>586-954-9500 | 14. DATE OF SIGNATURE<br>06/24/2021 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br><br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Hanover Insurance Group/Citizens Insurance, 440 Lincoln Street, Worcester, MA  01653
Policy Number:  A6BA831749

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes  [ ] No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Insurance carrier has paid all medical bills associated with this loss as well as replacement services ($20.00 a day). the proximal relationship between the accident and treatment has never been in question.

19. Do you carry public liability and property damage insurance? [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

Hanover Insurance Group/Citizens Insurance, 440 Lincoln Street, Worcester, MA  01653
Policy Number:  A6BA831749

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. Authority:  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose:  The information requested is to be used in evaluating claims.
C. Routine Use:  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond:  Disclosure is voluntary.  However, failure to supply the requested information or to execute your claim may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

Patricia Manolatos
DOL: 8.23.2020
Standard Form 95

10. Continued....

The accident has had a tremendous affect upon her life. She remains in pain daily and must take medication 3 times a day to alleviate the pain. She is no longer able to walk, exercise, socialize, work around the home or perform her normal activities of daily living as she did prior to the accident.

DocuSign Envelope ID: EE8C6720-704F-4898-B71B-7ᴜᴜE39918C54

# RETAINER FOR LEGAL SERVICES

I, Patricia E. Manolatos_____, Birthdate, _____,

Social Security Number, _____, the undersigned, do hereby exclusively

employ and retain **FEMMININEO ATTORNEYS, P.L.L.C.** to institute legal proceedings on

behalf of me against Paul Lieto/US Marshalls_____ or the proper Defendant or Respondent

to recover damages sustained by myself on or about the _august 23_day of _august 23_____ 20_20_

as a result of a _Auto Accident_____, and I do hereby agree with my said

attorneys to pay them:

### 1/3 of Net Recovery After the Subtraction of Costs of Litigation and/or Representation

| Illustration: | Gross Recovery ........................................... | $10,000.00 |
|---|---|---|
| | Costs .................................................................. | $ 1,000.00 |
| | Net Recovery ..................................................... | $ 9,000.00 |
| **Attorney Fees:** | **$9,000.00 divided by 3 equals .................................** | **$3,000.00** |
| **Net Recovery to Client:**........................................................ | | **$6,000.00** |

(The $10,000.00 figure is used merely as an example.  This amount is not an estimate, promise or representation regarding a potential recovery in your case.  The costs of litigation and/or representation in a legal matter include, but are not limited to filing fees, fees for medical records and reports, duplicating and facsimile costs, fees for expert testimony, deposition transcripts and court reporter fees.  This list is intended to give examples of costs and is not intended to represent the <u>only</u> costs incurred in any representation.)

In computing the attorney fees, the costs as taxed and any interest included in or upon the amount of a judgment shall be deemed part of the amount recovered.

This is a Contingent Fee Agreement.  If there is no recovery, there is no legal fee.

Client authorizes FEMMININEO ATTORNEYS PLLC. to sign their name to authorizations for records.

As to any recovery, FEMMININEO ATTORNEYS P.L.L.C., is authorized to sign client(s) name to the settlement check(s)  and deposit it into their Client's Trust Account.

I hereby agree with my said attorneys not to make any settlement unless they are present and receive their share in accordance with this agreement.  By this agreement, I hereby bind my heirs, executors and legal representatives.

### I HAVE READ OVER AND FULLY UNDERSTAND THE ABOVE.

CONTRACT DATED: 9/9/2020

CLIENT SIGNATURE: _Patricia E Manolatos_
9BA19D3121FC4PA...

ATTORNEY SIGNATURE: _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Marshals Service
Office of the General Counsel
Attn: OGC Torts Team (USMSTORTClaims@usdoj.gov)
Building CG-3, 15th Floor
Washington, D.C. 20530-0001

9590 9402 6683 1060 3521 12

2. Article Number (Transfer from service label)

7021 0350 0000 1936 6856

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

                                  JUL 02 2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



110 S. Main Street
Mt. Clemens, MI 48043
586-954-9500

# EXHIBIT B

**David Femminineo**

| | |
|---|---|
| **From:** | David Femminineo |
| **Sent:** | Wednesday, February 9, 2022 10:13 AM |
| **To:** | USMSTORTClaims@usdoj.gov |
| **Cc:** | Dawn Jury |
| **Subject:** | Re Patricia Manolatos OGC #52702 |

I submitted, on behalf of my client Patricia Manolatos, the official Tort Claim (#52702) on July 6, 2021.  I received a request for additional information on July 8, 2021.  I provided the additional information immediately.  It has now been greater than 6 months.  Could you please advise where we stand at this point in the process?  Thank you.

David Femminineo
Managing Partner
david@getdavidgetpaid.com
586-954-9500



# Femminineo

110 S. Main Street
Mount Clemens, MI 48043
GetDavidGetPaid.com
**855-65CRASH**

1

### INSTRUCTIONS FOR SUBMITTING AN ADMINISTRATIVE TORT CLAIM
### WITH THE UNITED STATES MARSHALS SERVICE
### *(Motor Vehicle Accident Claims)*

In order to complete your claim, you must complete **all** blocks of the attached Standard Form (SF) 95, *Claim For Damage, Injury, or Death.*   You are also required to submit the following information pursuant to 28 C.F.R. § 14.4:

1.   If a claim is being made for injuries:

   a.   Physician(s) reports setting forth the nature and extent of your injury; the nature and extent of your treatment; the degree of any temporary or permanent disability; your prognosis; period of any hospitalization; and any diminished earning capacity.

   b.   Itemized bills or paid receipts for medical and hospital expenses incurred.

   c.   If you are claiming for lost wages, a written statement from your employer reflecting actual time lost from employment, whether you are a full or part-time employee, and the amount of wages or salary actually lost.

2.   If a claim is being made for property damage:

   a.   Proof of vehicle ownership (e.g., copy of vehicle registration/title, etc.).

   b.   Either two itemized estimates of the cost to repair the vehicle, or if already repaired, a copy of the itemized paid receipt.

   c.   Substantiation of the cost of your out-pocket-expenses arising from the Motor Vehicle Accident.

   3.   If you are being represented by an attorney, evidence of his or her authority to represent you (e.g., a copy of the signed retainer agreement, etc.).   **NOTE:** There is no provision for attorney fees to be separately awarded under the FTCA.   See, e.g., 28 U.S.C. § 2412(a)(1).   Attorney fees deducted from the amount awarded to you are limited to no more than 20% of the amount of an administrative settlement or no more than 25% of a judgment or a settlement of suit in litigation.   See 28 U.S.C. § 2678.

Under the provision of the Federal Tort Claims Act, the Government is afforded six months from the date a completed tort claim is received by this agency to administratively adjudicate the claim before a claimant can institute a civil action [28 U.S.C. § 2675(a)].

Please complete, sign and date the enclosed SF-95.   Mail it, along with all required information and available documentation (to include your e-mail address), to:

**Office of General Counsel**
**Attn.:   OGC Torts Team**
**Building CG-3, 15th floor**
**U.S. Marshals Service**
**Washington, D.C. 20530-0001**

In the alternative, you may scan and e-mail your claim form and all documentation to: USMSTORTClaims@usdoj.gov

You are responsible for notifying the USMS Office of General Counsel of any changes of address after submitting your claim.

## INSTRUCTIONS FOR SUBMITTING AN ADMINISTRATIVE TORT CLAIM
## WITH THE UNITED STATES MARSHALS SERVICE
### *(Prisoner Claims)*

In order to complete your claim, you must complete **all** blocks of the attached Standard Form (SF) 95, *Claim For Damage, Injury, or Death*.   You are also required to submit the following information pursuant to 28 C.F.R. § 14.4:

    1. If a claim is being made for loss of a prisoner's personal property:

        a.  Copies of prisoner personal property receipts from each agency in whose custody you were in (i.e., USMS, BOP, local jail, etc.), up to the time of your alleged loss.

        b.  Include in your narration of the circumstances in Block 8 the names of individuals who were involved in, or who had knowledge of, the loss of your personal property.

        c.  Include your inmate registration number in Block 2.

    2. If a claim is being made for injury while a prisoner:

        a.  All available medical documentation to substantiate your claimed injury.

        b.  Include in your narration of the circumstances in Block 8 the names of individuals who were involved in, or who had knowledge of, the circumstances surrounding your injury.

        c.  Include your inmate registration number in Block 2.

    3. If you are being represented by an attorney, evidence of his or her authority to represent you (e.g., a copy of the signed retainer agreement, etc.).   **NOTE:** There is no provision for attorney fees to be separately awarded under the FTCA.   See, e.g., 28 U.S.C. § 2412(a)(1). Attorney fees deducted from the amount awarded to you are limited to no more than 20% of the amount of an administrative settlement or no more than 25% of a judgment or a settlement of suit in litigation.   See 28 U.S.C. § 2678.

Under the provision of the Federal Tort Claims Act, the Government is afforded six months from the date a completed tort claim is received by this agency to administratively adjudicate the claim before a claimant can institute a civil action [28 U.S.C. § 2675(a)].

Please complete, sign and date the enclosed SF-95.   Mail it, along with all required information and available documentation (to include your e-mail address), to:

                    **Office of General Counsel**
                    **Attn:   OGC Torts Team**
                    **Building CG-3, 15th floor**
                    **U.S. Marshals Service**
                    **Washington, D.C. 20530-0001**

In the alternative, you may scan and e-mail your claim form and all documentation to: USMSTORTClaims@usdoj.gov.

You are responsible for notifying the USMS Office of General Counsel of any changes of address after submitting your claim.

### INSTRUCTIONS FOR SUBMITTING AN ADMINISTRATIVE TORT CLAIM
### WITH THE UNITED STATES MARSHALS SERVICE
### *(Other Claims)*

In order to complete your claim, you must complete **all** blocks of the attached Standard Form (SF) 95, *Claim For Damage, Injury, or Death*.   You are also required to submit the following information pursuant to 28 C.F.R. § 14.4:

1.  If a claim is being made for injuries:

    a.  Physician(s) reports setting forth the nature and extent of your injury; the nature and extent of your treatment; the degree of any temporary or permanent disability; your prognosis; period of any hospitalization; and any diminished earning capacity.

    b.  Itemized bills or paid receipts for medical and hospital expenses incurred.

    c.  If you are claiming for lost wages, a written statement from your employer reflecting actual time lost from employment, whether you are a full or part-time employee, and the amount of wages or salary actually lost.

2.  If a claim is being made for personal or real property loss or damage:

    a.  Proof of property ownership (e.g., copy of vehicle registration/title, deed, mortgage documents, property receipts, landlord/tenant agreement, etc.).

    b.  Either two itemized estimates of the cost to repair/replace the property, or a copy of the itemized paid receipt.

    c.  Proof of current market value of missing or damaged-beyond-repair property.

3.   If you are being represented by an attorney, evidence of his or her authority to represent you (e.g., a copy of the signed retainer agreement, etc.).   **NOTE:** There is no provision for attorney fees to be separately awarded under the FTCA.   See, e.g., 28 U.S.C. § 2412(a)(1).   Attorney fees deducted from the amount awarded to you are limited to no more than 20% of the amount of an administrative settlement or no more than 25% of a judgment or a settlement of suit in litigation.   See 28 U.S.C. § 2678.

Under the provision of the Federal Tort Claims Act, the Government is afforded six months from the date a completed tort claim is received by this agency to administratively adjudicate the claim before a claimant can institute a civil action [28 U.S.C. § 2675(a)].

Please complete, sign and date the enclosed SF-95.   Mail it, along with all required information and available documentation (to include your e-mail address), to:

> **Office of General Counsel**
> **Attn.:   OGC Torts Team**
> **Building CG-3, 15th floor**
> **U.S. Marshals Service**
> **Washington, D.C. 20530-0001**

In the alternative, you may scan and e-mail your claim form and all documentation to: USMSTORTClaims@usdoj.gov.

You are responsible for notifying the USMS Office of General Counsel of any changes of address after submitting your claim.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PATRICIA MANOLATOS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff   MACOMB
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
586-954-9500
Fermimineo Attorneys, PLLC
David C. Fermimineo
110 S. Main, Mt. Clemens, MI 48043

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC § 2674  +  28 USC §§ 1346 (b)

Brief description of cause:
Auto Accident

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**  $90,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE   5/23/22

SIGNATURE OF ATTORNEY OF RECORD   *David Fermimineo*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?            ☐ Yes
                                                                         ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.        Other than stated above, are there any pending or previously
          discontinued or dismissed companion cases in this or any other      ☐ Yes
          court, including state court? (Companion cases are matters in which  ☒ No
          it appears substantially similar evidence will be offered or the same
          or related parties are present and the cases arise out of the same
          transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :